UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**KENNETH ENRIQUEZ,**

    Plaintiff,

v.                                             No. CV 15-536 WPL/LF

**EDWARD VIGIL, HORACIO DEANDA,
NIKKI BACA, In their individual
and official capacities, THE BOARD OF
COUNTY COMMISSIONERS FOR
THE COUNTY OF BERNALILLO, and
THE VILLAGE OF LOS LUNAS,**

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
## OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT EDWARD VIGIL

THIS MATTER came before the Court on the Joint Motion to Dismiss with Prejudice Plaintiff's Claims against Defendant Edward Vigil filed by plaintiff and defendants. The Court, having considered the Joint Motion, having been advised that this matter has been settled between the parties, and being further advised that no disputes remain between them requiring resolution by this Court, FINDS that it has jurisdiction of the parties and of the subject matter of this case, and that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Amended Complaint for Civil Rights Violations and Tort Claims, Doc. No. 32 (filed Oct. 25, 2015) filed by plaintiff, and all claims that have been or might have been brought in this case on his behalf, are hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

                                                  _/s/ William P. Lynch_____
                                                  THE HON. WILLIAM P. LYNCH
                                                  UNITED STATES MAGISTRATE JUDGE

*Respectfully Submitted by:*


WALLIN, HUSS & ASSOCIATES, LLC

*/s/ Brandon Huss*
Brandon Huss
Dennis K. Wallin
P.O. Box 696
Moriarty, NM 87035
(505) 832-6363
Fax:  (505) 814-5805
bh@whmlawfirm.com
dkw@whmlawfirm.com
Attorneys for The Board of County
   Commissions for the County of Bernalillo


*Approved:*

THE LAW OFFICE OF LUCERO AND HOWARD, LLC

*Approved via email on 6/6/16*
Leon Howard
P.O. Box 25391
Albuquerque, New Mexico 87125
(505) 225-8778
Fax: (505) 288-3473
Attorneys for Plaintiff