UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**KENNETH ENRIQUEZ,**

    Plaintiff,

v.                             No. CV 15-536 WPL/LF

**EDWARD VIGIL, HORACIO DEANDA,
NIKKI BACA, In their individual
and official capacities, THE BOARD OF
COUNTY COMMISSIONERS FOR
THE COUNTY OF BERNALILLO, and
THE VILLAGE OF LOS LUNAS,**

    Defendants.

## ORDER OF DISMISSAL

The Court, having been advised by the stipulated motion of the Plaintiff and Defendants Village of Los Lunas and The Board of County Commissioners for the County of Bernalillo that all of Plaintiff's claims in this matter have been resolved, hereby dismisses Plaintiff's claims with prejudice. Each party agrees to bear its own costs and fees incurred in the case.

    **IT IS SO ORDERED.**

                                              _/s/ William P. Lynch_
                                              THE HON. WILLIAM P. LYNCH
                                              UNITED STATES MAGISTRATE JUDGE
                                              Presiding by Consent

*Respectfully Submitted by:*

/s/ Mark D. Standridge
Mark D. Standridge
Jarmie & Associates
P.O. Box 344
Las Cruces, N.M. 88004
(575) 526-3338
Fax: (575) 526-6791
mstandridge@jarmielaw.com
Attorneys for Village of Los Lunas

*and*


/s/ Brandon Huss
Brandon Huss
Dennis K. Wallin
P.O. Box 696
Moriarty, NM 87035
(505) 832-6363
Fax:  (505) 814-5805
bh@whmlawfirm.com
dkw@whmlawfirm.com
Attorneys for The Board of County
   Commissions for the County of Bernalillo


*Approved:*

/s/ Leon Howard
Leon Howard
The Law Office of Lucero and Howard, LLC
P.O. Box 25391
Albuquerque, New Mexico 87125
(505) 225-8778
Fax: (505) 288-3473
Attorneys for Plaintiff